**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OCT 23 2012

JAMES N. HATTEN, Clerk
By: _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| | : | |
| v. | : | NO. |
| DEMARIO HILLMON | : | |
| a/k/a "Money" | : | **1:12-CR-359** |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Beginning on or about June 16, 2012, and continuing through on or about July 5, 2012, in the Northern District of Georgia, and elsewhere, the defendant, DEMARIO HILLMON, a/k/a "Money," did knowingly harbor, transport, provide, obtain and maintain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "A.P.," knowing and in reckless disregard of the fact that "A.P." had not attained the age of 18 years and knowing that "A.P." would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

## COUNT TWO

Beginning on or about June 16, 2012, and continuing through on or about July 1, 2012, in the Northern District of Georgia, and elsewhere, the defendant,

DEMARIO HILLMON, a/k/a "Money,"  did knowingly transport an individual, namely "A.P.," who had not attained the age of 18 years, in interstate commerce with the intent that "A.P." engage in prostitution, in violation of Title 18, United States Code, Section 2423(a).

## COUNT THREE

Beginning on or about June 26, 2012, and continuing through on or about July 5, 2012, in the Northern District of Georgia, and elsewhere, the defendant, DEMARIO HILLMON, a/k/a "Money," did knowingly harbor, transport, provide, obtain and maintain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "V.S.," knowing and in reckless disregard of the fact that "V.S." had not attained the age of 18 years and knowing that "V.S." would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

## COUNT FOUR

On or about June 29, 2012, in the Northern District of Georgia, and elsewhere, the defendant, DEMARIO HILLMON, a/k/a "Money,"  did knowingly transport an individual, namely "V.S.," who had not attained the age of 18 years,

in interstate commerce with the intent that "V.S." engage in prostitution, in

violation of Title 18, United States Code, Section 2423(a).

## COUNT FIVE

On or about June 18, 2012 and continuing until on or about July 1, 2012, in the

Northern District of Georgia, and elsewhere, the defendant, DEMARIO

HILLMON, a/k/a "Money," did knowingly transport an individual, namely

"R.P.," in interstate commerce with the intent that "R.P." engage in prostitution, in

violation of Title 18, United States Code, Section 2421.

A _____*true*_____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

KATHERINE M. HOFFER
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6049 (telephone)
404/581-6181 (facsimile)
Georgia Bar No. 045737

3